UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAM SOHN,<br><br>    Plaintiff,<br><br>v.<br><br>AFNI, INC.,<br><br>    Defendant. | Case No. 5:15-cv-01471-PSG<br><br>**CASE SCHEDULING ORDER**<br><br>**(Re:  Docket Nos. 23, 25)** |

Based on the parties' case management statements[1] and statements made at today's case management conference,[2]

IT IS ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

IT IS FURTHER ORDERED that the parties shall participate in mediation within 90 days.

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

Initial Disclosures ................................................................................... September 2, 2015

Amendments to Complaint, Answer, Counterclaims; Joinder of Parties .... November 11, 2015

---

[1] *See* Docket Nos. 23, 25.

[2] *See* Docket No. 26.

1

Case No. 5:15-cv-01471-PSG
CASE SCHEDULING ORDER

| | | |
|---|---|---|
| 1 | Non-Expert Discovery | March 11, 2016 |
| 2 | Expert Designations | April 11, 2016 |
| 3 | Expert Discovery Cut-Off | May 11, 2016 |
| 4 | Dispositive Motion Filings | June 10, 2016 |
| 5 | Pre-Trial Conference | June 21, 2016 at 10:00 AM |
| 6 | Jury Trial | July 25, 2016 at 9:30 AM |

**SO ORDERED.**

Dated:  August 11, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge

Case No. 5:15-cv-01471-PSG
CASE SCHEDULING ORDER