United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

1

2

3

4

5

6

7    SAM SOHN                                    Case No. 15-cv-01471-PSG   (ADR)

8              Plaintiff,
                                                 **ORDER RE: ATTENDANCE AT**
9         v.                                     **MEDIATION**

10   AFNI INC.,                                  Date:  January 26, 2016
                                                 Mediator:  Tamara Lange
11             Defendant.

12

13

14        IT IS HEREBY ORDERED that the request to excuse defendant Afni, Inc.'s corporate

15   representative, Alisha McKeighan, from appearing in person at the January 26, 2016, mediation

16   before Tamara Lange is GRANTED.  Ms. McKeighan shall participate telephonically in the

17   mediation as set forth in ADR L.R. 6-10(f).

18        **IT IS SO ORDERED**.

19   Dated:  January 12, 2016

20                                               Maria-Elena James
                                                 United States Magistrate Judge
21

22

23

24

25

26

27

28