UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAM SOHN,

              Plaintiff,

      v.

AFNI INC.,

              Defendant.

Case No. 5:15-cv-01471-PSG

**ORDER DENYING EXTENSION OF DISCOVERY DEADLINE**

**(Re:  Docket No. 38)**

Plaintiff Sam Sohn moves to extend the deadline for fact discovery by 120 days, from March 11, 2016 to July 11, 2016.[1]  Sohn's motion is DENIED.  All deadlines shall remain as currently set in the court's scheduling order.[2]

**SO ORDERED.**

Dated: February 29, 2016

PAUL S. GREWAL
United States Magistrate Judge

_____

[1] *See* Docket No. 38 at 1.

[2] *See* Docket No. 27.

1

Case No. 5:15-cv-01471-PSG
ORDER DENYING EXTENSION OF DISCOVERY DEADLINE

United States District Court
Northern District of California